■ In the Matter of the Claim of MILTON BURKE, Respondent, v NEW YORK TELEPHONE COMPANY, Appellant. WORKERS' COMPENSATION BOARD, Respondent. — Appeal from a decision of the Workers' Compensation Board, filed September 19, 1979. The employer contends that the board's award to claimant of a 90% schedule loss of use of the left arm is not supported by substantial evidence. However, the record contains a C-71 report of a board medical examiner, dated January 23, 1974, which states that claimant has a permanent partial disability equal to a schedule loss of 90% of the left arm, and while there is dispute as to the degree of the disability, most of the medical experts who examined claimant during the 10-year period that this case has been pending agree that claimant has sustained some permanent loss of use of the left hand and arm due to the work-related accident. In our view, this case presents nothing more than conflicting expert medical evidence, which was for the board to resolve *(Matter of Currie v Town of Davenport,* 37 NY2d 472; *Matter of Burch v Rollway Bearing Co.,* 62 AD2d 1126). There is nothing in the record to indicate that the board abused its discretion in denying the employer's request that claimant be again examined by a board medical examiner. Decision affirmed, with costs to the Workers' Compensation Board. Mahoney, P.J., Sweeney, Kane, Casey and Weiss, JJ., concur.